1  Ethan D. Thomas, Esq.
   Nevada Bar No. 12874
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
3  Suite 300
   Las Vegas, Nevada 89169.5937
4  Telephone:    702.862.8800
   Fax No.:      702.862.8811
5  EDThomas@littler.com

6  Luke W. Molleck, Esq.
   Nevada Bar No. 14405
7  LITTLER MENDELSON
   200 South Virginia Street, 8th Floor
8  Reno, NV 89501
   Telephone: 775.348.4888
9  Facsimile: 775.786.0127
   LMolleck@littler.com
10
   Attorneys for Defendant
11 JAMES WHALEN

12

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA BACHMANN, an individual, | Case No. 3:24-cv-00382-CSD |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR SUBSTITUTION OF ATTORNEY FOR DEFENDANT JAMES WHALEN** |
| v. | |
| STATE OF NEVADA DEPARTMENT OF TRANSPORTATION, a public entity; JAMES WHALEN an individual; DOES I through X inclusive; and ROE COORPORATIONS I through X, inclusive, | |
| Defendants. | |

Pursuant to LR IA 11-6(b) Defendant JAMES WHALEN hereby substitutes ETHAN D. THOMAS, ESQ. AND LUKE W. MOLLECK, ESQ., of LITTLER MENDELSON, P.C., 3960 Howard Hughes Parkway, Suite 300, Las Vegas, NV 89169, Tel: 702.862.8800, as attorneys of record in place and stead of: Daniel R. Hansen, Esq., of the Office of Attorney General.

DATED: March __9__, 2025      _/s/ James Whalen_
                              JAMES WHALEN

We hereby consent to the substitution of Ethan D. Thomas, Esq. and Luke W. Molleck, Esq. of Littler Mendelson, P.C. as the attorneys of record for Defendant JAMES WHALEN in the above-captioned action in our place and stead.

DATED: March  5 , 2025                    OFFICE OF ATTORNEY GENERAL

/s/ Daniel R. Hansen
---
Aaron D. Ford, Esq.
Daniel R. Hansen, Esq.
5420 Kietzke Lane, Suite 202
Reno, NV 89511
Telephone: (775) 687-2121

We hereby agree to be substituted in the place and stead of Daniel R. Hansen, Esq. of Office of Attorney General and I am duly admitted to practice in this District.

DATED: March  10 , 2025                    LITTLER MENDELSON, P.C.

Ethan D. Thomas, Esq.
Luke W. Molleck, Esq.

Attorneys for Defendant
JAMES WHALEN

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

2