SAGEBRUSH LAW GROUP, PLLC
Astrid A. Perez, Esq. (NSB 15977)
PO Box 13744
Reno, NV 89507
Phone 775) 252-9639| Fax 775) 258-0624
aperez@sagebrushlawgroup.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PAMELA BACHMANN, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA DEPARTMENT OF TRANSPORTATION, a public entity; JAMES WHALEN, an individual: DOES I through X. inclusive; and ROE COOPERATIONS I through X, inclusive,<br><br>　　　　Defendant. | Case No.: 3:24-cv-00382-CSD<br><br>**ORDER GRANTING STIPULATION TO WITHDRAW MOTION TO DISMISS AND STAY DISCOVERY** |

Plaintiff PAMELA BACHMANN (hereinafter "Plaintiff"), by and through her counsel of record Astrid A. Perez, Esq of Sagebrush Law Group, PLLC, and Defendants STATE OF NEVADA DEPARTMENT OF TRANSPORTATION, and JAMES WHALEN, (collectively, "Defendants"), by and through its counsel of record AARON D. FORD, Attorney General for the State of Nevada, DANIEL R. HANSEN, Esq. Deputy Attorney General. of the Office of the Attorney General, hereby stipulate and submit to the Court for consideration the following STIPULATION TO WITHDRAW MOTION TO DISMISS AND STAY DISCOVERY.

On Thursday, March 6, 2025, the parties attended and participated in good faith the Early Neutral Evaluation. The parties were unable to reach a resolution, but have agreed to participate in a continued ENE, scheduled for April 10, 2025, at 9 a.m. In consideration of the continued ENE, the parties have agreed to withdraw the Motion to Dismiss pending before the Court and maintain

STIPULATION TO WITHDRAW MOTION TO DISMISS AND STAY DISCOVERY - 1

the stay of discovery. The parties agree that if the matter is not resolved at the continued ENE, the parties will refile the withdrawn Motion to Dismiss [ECF 8], Opposition to Motion to Dismiss [ECF 10 ], and Reply in Support of Motion to Dismiss [ECF 11]. The Motion to Dismiss will be filed within 7 days of the continued ENE. The Opposition to the Motion to Dismiss will be filed within 4 days of the refiled Motion to Dismiss. The Reply in Support of Motion to Dismiss will be filed within 4 days of the days of the refiled Opposition to the Motion to Dismiss. All refiled documents will be identical to the originally filed documents.

The stay of discovery will remain in effect until said decision has been made on the renewed Motion to Dismiss.

Dated this 10th day of March, 2025

/s/ *Astrid A. Perez*
Astrid A. Perez, Esq. (NSB 15977)
SAGEBRUSH LAW GROUP, PLLC
PO Box 13744
Reno, NV 89507
Phone 775) 252-9639| Fax 775) 258-0624
aperez@sagebrushlawgroup.com

Dated this 7th day of March, 2025

/s/ *Daniel R. Hansen*
DANIEL R. HANSEN
Nevada Bar No. 14536
Deputy Attorney General
*Attorney for Defendants, State of Nevada-Department of Transportation, James Whalen, an individual.*

**IT IS SO ORDERED:**

**Dated this** 10th **of** March **, 2025.**

_____
**UNITED STATES MAGISTRATE JUDGE**

STIPULATION TO WITHDRAW MOTION TO DISMISS AND STAY DISCOVERY - 2