UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA BACHMANN,<br><br>    Plaintiff,<br><br>  vs.<br><br>STATE OF NEVADA DEPARTMENT OF TRANSPORTATION, a public entity; JAMES WHALEN, an individual; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>    Defendant. | CIVIL ACTION NO.<br>         3:24-cv-00382-CSD<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER** |

IT IS HEREBY STIPULATED by and between the parties herein, through their respective counsel, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, all claims and all parties herein are hereby dismissed with prejudice.

Each party will bear its own costs and attorneys' fees. All appearing parties have signed this Stipulation, and there are no remaining claims or parties. No trial date has been set in this case.

DATED: June  26, 2025                    DATED: June 26, 2025

*/s/Astrid Perez*                                 */s/ Daniel Hansen*
Astrid Perez, Esq., NSBN 15977            Daniel R. Hansen NSBN 14536
*Attorney for Plaintiff, Pamela Bachman*   *Attorney for Defendant, The State of Nevada*

                                          DATED: June 26, 2025

                                           */s/Ethan Thomas*
                                          ETHAN D. THOMAS, ESQ. NSBN 12874
                                          *Attorney for Defendant, James Whalen*

1

## ORDER

BASED on the representation by the Parties, the Court finds that the case is ripe for Dismissal with Prejudice and Orders the same.

IT IS SO ORDERED.

DATED this 27th day of June , 2025.

_____
UNITED STATES MAGISTRATE JUDGE